```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 34518
    JOSEPH L MILLER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-2062


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/17/2008 and was not confirmed.

     The case was dismissed without confirmation 02/18/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
WILSHIRE CREDIT CORPORAT  MORTGAGE NOTI   NOT FILED           .00          .00
INTERNAL REVENUE SERVICE  PRIORITY         5304.03            .00          .00
INTERNAL REVENUE SERVICE  UNSECURED        2479.18            .00          .00
EQUICREDIT CORP           CURRENT MORTG        .00            .00          .00
EQUICREDIT CORP           MORTGAGE ARRE        .00            .00          .00
SELECT PORTFOLIO SERVICI  MORTGAGE NOTI   NOT FILED           .00          .00
LASALLE BANK              CURRENT MORTG        .00            .00          .00
LASALLE BANK              MORTGAGE ARRE    7000.00            .00          .00
PAYDAY LOAN STORE         SECURED VEHIC    4000.00            .00          .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED           .00          .00
NICOR GAS                 UNSECURED       NOT FILED           .00          .00
NICOR GAS                 NOTICE ONLY     NOT FILED           .00          .00
YOLANDA MOORE             NOTICE ONLY     NOT FILED           .00          .00
CLENTON REYNOLDS          NOTICE ONLY     NOT FILED           .00          .00
ERNEST SMITH              NOTICE ONLY     NOT FILED           .00          .00
RONALD B LORSCH           DEBTOR ATTY      2,500.00                        .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                     ---------------         ---------------
TOTALS                       .00                  .00



               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 34518 JOSEPH L MILLER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                     /s/ Tom Vaughn

Dated: 03/26/09                _____
                                          TOM VAUGHN
                                          CHAPTER 13 TRUSTEE